1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                           **DISTRICT OF NEVADA**
6                                  * * *

7   HERIBERTO HERRERA TORRALBA, *et al.*,        Case No. 2:25-cv-01366-RFB-DJA
8
9                  Petitioner,                   **ORDER**
10        v.
11  JASON KNIGHT, *et al.*,
12                 Respondents.
13

    Heriberto Herrera Torralba and Gaudencio Dominguez Castillo, both detained at Nevada Southern Detention Center, have filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus regarding their detention while their removal proceedings are ongoing. ECF No. 5. They argue that the mandatory detention provision at 8 U.S.C. § 1225(b)(2) does not apply to either of them. The Court has conducted a preliminary review of the Petition and directs that it be served on Respondents.

    **IT IS THEREFORE ORDERED** that the Clerk of Court electronically **SERVE** copies of the Petition (ECF No. 5) and this order upon Respondents as follows:

    1. By electronically through CM/ECF serving a copy of the petition and this order on the United States Attorney for the District of Nevada pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

    2. By sending a copy of the petition and this order by mail to (1) Jason Knight, acting Las Vegas/Salt Lake City Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE), 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (2) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060; (3) Kristi

Noem, Secretary, United States Department of Homeland Security Washington, DC 20528; (4) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Ave. NW, Washington DC 20530; and (5) Executive Office for Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Respondents file and serve their response to the petition within **seven (7) days** of the date of this order, unless for good cause additional time is allowed by further order of this Court.

**IT IS FURTHER ORDERED** that all exhibits filed by Respondents and Petitioner must be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or letter of the exhibit in the attachment. Each exhibit must be filed as a separate attachment. A hard copy (courtesy copy) of all pleadings and indices of exhibits only must be sent to Attn: Staff Attorney, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

**DATED:** August 1, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**