**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HERIBERTO HERRERA TORRALBA, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> JASON KNIGHT, *et al.*, <br><br> Respondents. | Case No. 2:25-cv-01366-RFB-DJA <br><br> **ORDER** |

Heriberto Herrera Torralba and Gaudencio Dominguez Castillo, both detained at Nevada Southern Detention Center, have filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus regarding their detention while their removal proceedings are ongoing. ECF No. 5. They challenge their continued detention pending appeal of the Immigration Judges' determination that both Petitioners should be released on bond. Respondents ask the Court for an extension of time to respond to the Petition. ECF No. 13.[1] Respondents state that they are waiting for information from ICE regarding the Petitioners' detention and that they cannot provide a response without the information. However, the issue here appears to be purely a legal question, and it is unclear that additional information from ICE is necessary to respond to the Petition. Therefore, the Court will grant an extension, but a shorter extension, which the Court finds is sufficient to allow Respondents time to prepare their response.

///

---

[1] Petitioners oppose the Motion for Extension of Time. ECF No. 14.

Therefore, **IT IS ORDERED** that Respondents' Motion for Extension of Time to file a response to the Petition (ECF No. 13) **is GRANTED in part,** *nunc pro tunc*, and **DENIED in part**. **The deadline is extended to August 14, 2025**.

**DATED:** August 8th, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**