AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Herrera Torralba et al

                                   JUDGMENT IN A CIVIL CASE
                    Petitioners,

    v.                             Case Number: 2:25-cv-01366-RFB-DJA

Knight et al

                    Respondents.

____  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
JUDGMENT entered in favor of Petitioners Heriberto Herrera Torralba, Gaudencio Dominguez Castillo, and Jose Vazquez Jacobo and, against Respondents Jason Knight, John Mattos, Kristi Noem, Pamela Bondi, and Executive Office for Immigration Review.

9/9/2025                                      DEBRA K. KEMPI
_____              _____
Date                                         Clerk


                                              /s/ MAM
                                     _____
                                     Deputy Clerk