SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Heriberto Herrera Torralba, Gaudencio Dominguez Castillo, Jose Vasquez Jacobo,<br><br>Petitioners,<br><br>v.<br><br>Jason Knight, Acting Las Vegas/Salt Lake City Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); John Mattos, Warden, Nevada Southern Detention Center; Kristi Noem, Secretary, United States Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Executive Office for Immigration Review,<br><br>Respondents. | Case No. 2:25-cv-01366-RFB-DJA<br><br>**Stipulation for Retroactive Extension of Time to Respond to Petitioners' Motion for Attorney Fees (ECF No. 35)**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b) and LR 6-1, the parties, through undersigned counsel, request a retroactive 60-day extension of Federal Respondents' deadline to respond to Petitioners' Motion for Attorney Fees (ECF No. 35), from October 27, 2025, to **December 26, 2025**.

This retroactive extension is necessary because office furloughs related to the ongoing government shutdown contributed to the original deadline being improperly calendared. Further, undersigned counsel for the Federal Respondents is handling multiple active habeas immigration cases, much like the one originally brought by Petitioners, and needs to prioritize answering those petitions and motions for temporary restraining orders

or preliminary injunctions. Thus, Federal Respondents request, and Petitioners agree to, a 60-day extension of time to respond to Petitioners' motion for attorney fees. This is Federal Respondents' first request for an extension of time to respond to Petitioners' motion. This request is made in good faith and not for the purpose of undue delay.

### Memorandum of Points and Authorities

### I. Background

On August 13, 2025, Petitioners filed their Amended Petition for Writ of Habeas Corpus against Respondents. ECF No. 17. On August 25, 2025, Respondents filed their Answer to the petition. ECF No. 21. On August 29, 2025, Petitioners filed their reply. ECF No. 25. On September 2, 2025, the Court held a hearing on the First Amended Petition. ECF No. 28. The Court granted the petition and ordered that Petitioners be permitted to pay bond and released from ICE custody. *Id.*; *see also* ECF No. 29. On September 3, 2025, Federal Respondents filed a notice of compliance with the Court's orders. ECF Nos. 30, 31. On September 9, 2025, the Court entered judgment for Petitioners. ECF No. 33. On October 1, 2025, the appropriations that fund the salaries of most Department of Justice employees lapsed, and the civil division for the United States Attorney's Office in the District of Nevada was largely placed on furlough. On October 13, 2025, Petitioners filed their motion for attorney fees, which is the subject of this instant stipulation for an extension of time to respond. ECF No. 35.

### II. Discussion

Federal Rule of Civil Procedure 6(b)(1)(B) permits courts to extend time for good cause "on motion made after the time has expired if the party failed to act because of excusable neglect." In the Ninth Circuit, courts consider four factors to determine whether neglect is excusable: "(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the movant acted in good faith." *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 973 (9th Cir. 2007) (citations and quotations omitted).

1    The neglect in this case is excusable. First, there is no danger of prejudice to the
2 opposing party because the Petitioners prevailed on their original petition and their
3 undersigned counsel handled their case pro bono. The delay will have minimal impact on
4 the proceedings since the Court has already granted the Petition and the clerk has closed
5 the case. *See* ECF No. 33. The reason for the delay was that nearly the entire civil division
6 of the United States Attorney's Office for the District of Nevada was placed on furlough at
7 the start of the government shutdown on October 1, 2025, including undersigned AUSA
8 and her primary paralegal; consequently, the usual internal safeguards to check and
9 confirm that deadlines are properly calendared were not fully operable and almost entirely
10 directed at deadlines affecting individuals in detention, which led to this deadline being
11 mistakenly calendared after the October 27, 2025, deadline. Finally, Federal Respondents
12 have acted in good faith, promptly notifying undersigned counsel for Petitioners when they
13 realized their calendaring error this morning.
14    Accordingly, Federal Respondents respectfully submit that the neglect in this case
15 was excusable, and good cause exists for the Court to grant this stipulated request for a
16 retroactive 60-day extension of time to respond to Petitioners' motion for attorney fees.

### III. Conclusion

Good cause exists to grant this Stipulation for Retroactive Extension of Time to Respond to Petitioners' Motion for Attorney Fees. Accordingly, the parties, through undersigned counsel, respectfully request that the Court retroactively extend the time for Federal Respondents to respond to Petitioners' motion to **December 26, 2025**.

Respectfully submitted this 28th day of October 2025.

| | |
|---|---|
| SIGAL CHATTAH<br>Acting United States Attorney | PERRETTA LAW OFFICE |
| */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney | */s/ Leonor Perretta*<br>LEONOR PERRETTA<br>8831 S. Redwood Rd., Ste. A<br>West Jordan, Utah 84088<br>Leonor@perrettalaw.com |
| *Attorneys for Federal Respondents* | *Attorney for Petitioners* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/30/2025