TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Heriberto Herrera Torralba, Gaudencio Dominguez Castillo, Jose Vasquez Jacobo,<br><br>Petitioners,<br><br>v.<br><br>Jason Knight, Acting Las Vegas/Salt Lake City Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); John Mattos, Warden, Nevada Southern Detention Center; Kristi Noem, Secretary, United States Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Executive Office for Immigration Review,<br><br>Respondents. | Case No. 2:25-cv-01366-RFB-DJA<br><br>**Stipulation for Extension of Time to Respond to Petitioners' Motion for Attorney Fees (ECF No. 35)**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 6(b) and LR 6-1, the parties, through undersigned counsel, request an additional 30-day extension of Federal Respondents' deadline to respond to Petitioners' Motion for Attorney Fees (ECF No. 35), from December 26, 2025, to **January 26, 2026**.

This extension is necessary because undersigned counsel is currently out sick, and because undersigned counsel for the Federal Respondents is handling multiple active habeas immigration cases, much like the one originally brought by Petitioners, and needs to prioritize answering those petitions and motions for temporary restraining orders or

preliminary injunctions. Thus, Federal Respondents request, and Petitioners agree to, an additional 30-day extension of time to respond to Petitioners' motion for attorney fees.

This is the second request for an extension of time for Federal Respondents to respond to Petitioners' motion. This request is made in good faith and not for the purpose of undue delay.

Accordingly, the parties, through undersigned counsel, respectfully request that the Court extend the time for Federal Respondents to respond to Petitioners' motion to **January 26, 2026**.

Respectfully submitted this 23rd day of December 2025.

| | |
|---|---|
| SIGAL CHATTAH<br>First Assistant United States Attorney | PERRETTA LAW OFFICE |
| */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for Federal Respondents* | */s/ Leonor Perretta*<br>LEONOR PERRETTA<br>8831 S. Redwood Rd., Ste. A<br>West Jordan, Utah 84088<br>Leonor@perrettalaw.com<br><br>*Attorney for Petitioners* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/30/2025