AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Herrera Torralba et al

                    Petitioners,

v.

Knight et al

              Respondents.

                                      AMENDED JUDGMENT IN A CIVIL CASE

                                       Case Number: 2:25-cv-01366-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

the Petition for writ of habeas corpus is GRANTED with the relief ordered in the Judgment at ECF No. 33 and ORDER at ECF No. 32.

JUDGMENT is entered in favor of Petitioner and against Federal Respondents in the amount of $ 15,348.95 for attorney's fees and costs.

6/2/2026
_____
Date

                                       DEBRA K. KEMPI
                                       Clerk

                                       /s/ DRS
                                       Deputy Clerk