TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Heriberto Herrera Torralba, Gaudencio Dominguez Castillo, Jose Vasquez Jacobo,<br><br>Petitioners,<br><br>v.<br><br>Jason Knight, Acting Las Vegas/Salt Lake City Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); John Mattos, Warden, Nevada Southern Detention Center; Kristi Noem, Secretary, United States Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Executive Office for Immigration Review,<br><br>Respondents. | Case No. 2:25-cv-01366-RFB-DJA<br><br>**Stipulation for Extension of Time to Comply with Order Granting Motion for Attorney Fees (ECF No. 49)**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b) and LR 6-1, the parties, through undersigned counsel, request a 30-day extension of Federal Respondents' deadline to comply with the Court's Order Granting Petitioners' Motion for Attorney Fees (ECF No. 49), from August 3, 2026, to **September 2, 2026**.

This extension is necessary because payment of EAJA fees by the Department of Homeland Security is novel in this district, and the Federal Respondents need additional time to ensure correct and proper payment and compliance. Additionally, Petitioner's counsel needs time to finalize account creation on SAM.gov, which DHS will use to effectuate payment. Thus, Federal Respondents request, and Petitioners agree to, a 30-day extension of time to comply with the Court's order (ECF No. 49). This is the first request for an extension of time for Federal Respondents to comply with the Court's Order. This request is made in good faith and not for the purpose of undue delay.

**Memorandum of Points and Authorities**

On August 13, 2025, Petitioners filed their Amended Petition for Writ of Habeas Corpus against Respondents. ECF No. 17. On August 25, 2025, Respondents filed their Answer to the petition. ECF No. 21. On August 29, 2025, Petitioners filed their reply. ECF No. 25. On September 2, 2025, the Court held a hearing on the First Amended Petition. ECF No. 28. The Court granted the petition and ordered that Petitioners be permitted to pay bond and released from ICE custody. *Id.*; *see also* ECF No. 29. On September 3, 2025, Federal Respondents filed a notice of compliance with the Court's orders. ECF Nos. 30, 31. On September 9, 2025, the Court entered judgment for Petitioners. ECF No. 33. On October 1, 2025, the appropriations that fund the salaries of most Department of Justice employees lapsed, and the civil division for the United States Attorney's Office in the District of Nevada was largely placed on furlough. On October 13, 2025, Petitioners filed their motion for attorney fees. ECF No. 35. On June 3, 2026, the Court held a hearing and granted Petitioners' motion. ECF No. 49. Federal Respondents were ordered to pay awarded fees and costs within 60 days. Because of both parties' lack of familiarity with the procedure for sending and receiving payment, additional time is needed to ensure full and proper compliance with the Order.

/ / /

Accordingly, the parties, through undersigned counsel, respectfully request that the Court extend the deadline for Federal Respondents to comply with the Court's Order, from August 3, 2026, to **September 2, 2026**.

Respectfully submitted this 27th day of July 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for Federal Respondents*

PERRETTA LAW OFFICE

*/s/ Leonor Perretta*
LEONOR PERRETTA
8831 S. Redwood Rd., Ste. A
West Jordan, Utah 84088
Leonor@perrettalaw.com

*Attorney for Petitioners*

**IT IS HEREBY ORDERED** that the Joint Stipulation for Extension of Time is **GRANTED**.

**DATED:** July 28, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTICT JUDGE**